Anne R. Kramer (SBN 315131)
Douglas M. Werman (PHV forthcoming)
John J. Frawley (PHV forthcoming)
**WERMAN SALAS P.C.**
akramer@flsalaw.com
dwerman@flsalaw.com
jfrawley@flsalaw.com
77 W. Washington St., Suite 1402
Chicago, IL 60602
Phone No.: (312) 419-1008

*Attorneys for Plaintiff Christopher Parrinello*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| CHRISTOPHER PARRINELLO, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>FIREFLIES.AI CORP.,<br><br>Defendant. | Case No. 3:26-cv-2479-AMO<br><br><br>**PLAINTIFF'S DISCLOSURE OF CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP** |

Plaintiff is providing this Disclosure of Conflicts, Interested Entities and Persons, and Citizenship under Civil L.R. 3-15.  Pursuant to Civil L.R. 3-15(b)(1), the undersigned is not aware of any conflict, financial or otherwise, that the presiding judge may have with the parties to the litigation.  Pursuant to Civil L.R. 3-15(c)(3), the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.  Pursuant to Civil L.R. 3-15(b)(3), the undersigned certifies that as of this date, the citizenship of the following individuals or entities is as follows:

| Individual/Entity | Citizenship of Individual/Entity |
| --- | --- |
| Christopher Parrinello | Illinois |
| Fireflies.ai Corp. | California |

Dated: March 30, 2026

Respectfully submitted,

*/s/ Anne R. Kramer*

Anne R. Kramer (SBN 315131)
Douglas M. Werman (PHV forthcoming)
John J. Frawley (PHV forthcoming)
**WERMAN SALAS P.C.**
akramer@flsalaw.com
dwerman@flsalaw.com
jfrawley@flsalaw.com
77 W. Washington St., Ste 1402
Chicago, IL 60602
Phone No.: (312) 419-1008

*Attorneys for Plaintiff Christopher Parrinello*

1
**Plaintiff's Certification of Conflicts and Interested Entities or Persons**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I filed this document on March 30, 2026, and that notice of this filing will be distributed to all counsel of record through the District's ECF system.

<u>/s/ Anne A. Kramer</u>
Anne A. Kramer

**Plaintiff's Certification of Conflicts and Interested Entities or Persons**