Elliott Joh, Bar No. 264927
EJoh@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105-3204
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

Ryan T. Mrazik, Washington Bar No. 40526, *pro hac vice*
RMrazik@perkinscoie.com
Ryan Spear, Washington Bar No. 39974, *pro hac vice*
RSpear@perkinscoie.com
PERKINS COIE LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

*Attorneys for Defendant, Fireflies.ai Corp.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHRISTOPHER PARRINELLO, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>FIREFLIES.AI CORP.,<br><br>Defendant. | Case No. 3:26-cv-02479-AMO<br><br>Hon. Araceli Martinez-Olguin<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

-1-

186786473.3

Pursuant to Civil Local Rule 6-1(a), Plaintiff Christopher Parrinello ("Plaintiff") and Defendant Fireflies.ai Corp. ("Fireflies") (collectively "the Parties"), by and through their attorneys, hereby stipulate to an extension of time for Fireflies to answer or otherwise respond to Plaintiff's Complaint. The Parties state as follows in support of the extension:

1.      Plaintiff filed the Complaint on March 23, 2026.

2.      On March 25, 2026, counsel for Fireflies accepted informal service of Plaintiff's Complaint on behalf of Fireflies.

3.      On March 26, 2026, the Parties agreed to a one-day extension for Fireflies to answer or otherwise respond to Plaintiff's Complaint until April 16, 2026.

4.      Since then, the Parties have had several productive discussions about the legal and factual issues in this case. The Parties have also discussed how best to proceed given that similar cases have been filed against Fireflies in other federal district courts.

5.      Good cause exists for the agreed extension.

6.      The Parties require additional time to continue these productive discussions and to determine the most efficient way to proceed in light of these similar cases.

7.      This is the second stipulation for an extension of time for Fireflies to respond to Plaintiff's Complaint.

8.      The agreed extension of Fireflies' deadline to respond to the Complaint will not alter the date of any event or deadline already fixed by the Court.

**WHEREAS,** under Civil Local Rule 6-1(a), parties may stipulate in writing, without a court order, to extend the time within which to answer a complaint;

-2-

Case No. 3:26-cv-02479-AMO
STIPULATION TO EXTEND TIME

186786473.3

**IT IS HEREBY STIPULATED AND AGREED TO** under Local Rule 6-1(a) that

Fireflies' time to answer, move or otherwise respond to the Complaint has been extended up to

and including April 30, 2026.

Dated: April 8, 2026

By: */s/ Ryan Spear*

Elliott Joh, Bar No. 264927
EJoh@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105-3204
Telephone:      +1.415.344.7000
Facsimile:      +1.415.344.7050

Ryan T. Mrazik, Washington Bar No. 40526
(*pro hac vice*)
RMrazik@perkinscoie.com
Ryan Spear, Washington Bar No. 39974 (*pro hac vice*)
RSpear@perkinscoie.com
PERKINS COIE LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone:      +1.206.359.8000
Facsimile:      +1.206.359.9000

*Attorneys for Defendant, Fireflies.ai Corp.*

By: */s/ Anne R. Kramer*

Anne R. Kramer (SBN 315131)
akramer@flsalaw.com
Douglas M. Werman (*pro hac vice* motion forthcoming)
dwerman@flsalaw.com
John J. Frawley (*pro hac vice* motion forthcoming)
jfrawley@flsalaw.com
WERMAN SALAS P.C.

-3-

Case No. 3:26-cv-02479-AMO
STIPULATION TO EXTEND TIME

186786473.3

77 W. Washington St., Suite 1402
Chicago, Illinois 60602
Phone No.: (312) 419-1008

*Attorneys for Plaintiff Christopher Parrinello*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that each of the other signatories has concurred in the filing of this document.

*/s/ Ryan Spear*

Ryan Spear

Dated:  April 8, 2026

-4-

186786473.3