UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Christopher Parrinello                    ,

Plaintiff(s),

v.

Fireflies.AI Corp.                    ,

Defendant(s).

Case No. 4:26-cv-02479

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Douglas M. Werman , an active member in good standing of the bar of Illinois , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff, Christopher Parrinello in the above-entitled action. My local co-counsel in this case is Matthew Helland , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 250451 .

77 W. Washington St., Ste 1402, Chicago, IL 60602
MY ADDRESS OF RECORD

(312) 419-1008
MY TELEPHONE # OF RECORD

dwerman@flsalaw.com
MY EMAIL ADDRESS OF RECORD

235 Montgomery St., Ste 810, San Francisco CA 94104
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

415-277-7239
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

helland@nka.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6204740 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____4/8/2026_____

_____Douglas M. Werman_____
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Douglas M. Werman          is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____4/8/2026_____

_____
HON. ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

Updated 11/2021

2