Elliott Joh, Bar No. 264927
EJoh@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105-3204
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

Ryan T. Mrazik, Washington Bar No. 40526,
*pro hac vice*
RMrazik@perkinscoie.com
Ryan Spear, Washington Bar No. 39974, *pro hac vice*
RSpear@perkinscoie.com
PERKINS COIE LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile:  +1.206.359.9000

Attorneys for Defendant, Fireflies.ai Corp.

Anne R. Kramer (SBN 315131)
akramer@flsalaw.com
Douglas M. Werman (*pro hac vice*)
dwerman@flsalaw.com
John J. Frawley (*pro hac vice*)
jfrawley@flsalaw.com
WERMAN SALAS P.C.
77 W. Washington St., Suite 1402
Chicago, Illinois 60602
Phone No.: (312) 419-1008

*Attorneys for Plaintiff Christopher Parrinello*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER PARRINELLO, individually and on behalf of all other similarly situated individuals,<br><br>      Plaintiff,<br><br>      v.<br><br>FIREFLIES.AI CORP.,<br><br>      Defendant. | Case No. 3:26-cv-02479-AMO<br><br>Hon. Araceli Martinez-Olguin<br><br>**JOINT STIPULATION REQUESTING A STAY OF PROCEEDINGS** |

-1-

187008418.5

Pursuant to Civil Local Rule 6-2, Plaintiff Christopher Parrinello ("Plaintiff") and Defendant Fireflies.ai Corp. ("Fireflies") (collectively "the Parties"), by and through their attorneys, hereby stipulate and jointly request the Court enter an order staying this case pending the outcome of Fireflies' anticipated dispositive motions in two nearly identical cases filed in the U.S. District Court for the Northern District of Illinois: *Fricker v. Fireflies.ai Corp.*, No. 1:26-cv-02675 (N.D. Ill. filed on Mar. 10, 2026) ("*Fricker*") and *Martinez v. Fireflies.ai Corp.*, Case No. 1:26-cv-03512 (N.D. Ill. filed on Mar. 30, 2026) ("*Martinez*"). In support of their stipulated request, the Parties state as follows:

1.    Plaintiff filed the Complaint in this case on March 23, 2026.

2.    On March 25, 2026, counsel for Fireflies accepted informal service of Plaintiff's Complaint on behalf of Fireflies.

3.    On March 26, 2026, the Parties stipulated to a one-day extension for Fireflies to answer or otherwise respond to Plaintiff's Complaint until April 16, 2026. *See* Dkt. 11.

4.    On April 8, 2026, the Parties stipulated to a further extension of time for Fireflies to answer or otherwise respond to Plaintiff's Complaint until April 30, 2026. Fireflies' current deadline to respond to the Complaint is therefore April 30, 2026.

5.    Before this case was filed, on March 10, 2026, counsel for Plaintiff filed a nearly identical putative class action complaint against Fireflies, seeking to certify the same class, in the U.S. District Court for the Northern District of Illinois: *Fricker v. Fireflies.ai Corp.*, No. 1:26-cv-02675 (N.D. Ill.). Later, on March 30, 2026, another law firm, Milberg, PLLC, filed another, virtually identical putative class action complaint against Fireflies in the same court: *Martinez v. Fireflies.ai Corp.*, No. 1:26-cv-03512 (N.D. Ill.) (together, the "Illinois Cases").

Case No. 3:26-cv-02479-AMO
JOINT STIPULATION REQUESTING A STAY OF PROCEEDINGS

187008418.5

6.      Counsel for the named plaintiffs in the Illinois Cases have asked the U.S. District Court for the Northern District of Illinois to consolidate the Illinois Cases, set a deadline for the filing of an amended consolidated complaint, and set a deadline for Fireflies' response to the amended consolidated complaint. Fireflies does not object to that requested relief.

7.      The Parties anticipate that the Illinois Cases will be consolidated in short order. After they are consolidated, Fireflies intends to move to dismiss the Illinois Cases pursuant to Rule 12 of the Federal Rules of Civil Procedure.

8.      In light of the foregoing, the Parties jointly request that the instant case be stayed pending the resolution of Fireflies' anticipated motion to dismiss the amended consolidated complaint in the Illinois Cases by the U.S. District Court for the Northern District of Illinois.

9.      Good cause exists for the requested stay. Staying this case pending the resolution of Fireflies' anticipated motion to dismiss the Illinois Cases would conserve the resources of this Court and the Parties; promote efficiency; and eliminate the possibility of conflicting rulings.

10.     In addition, it is Fireflies' position that this Court has ample authority to stay this case under the first-to-file rule. *See, e.g., Kohn Law Grp., Inc. v. Auto Parts Mfg. Miss., Inc.*, 787 F.3d 1237, 1239 (9th Cir. 2015) ("The first-to-file rule allows a district court to stay proceedings if a similar case with substantially similar issues and parties was previously filed in another district court."); *Cortes v. Victoria Secret Stores, LLC*, No. 5:19-CV-07639-EJD, 2020 WL 1139657, at *7 (N.D. Cal. Mar. 9, 2020) (same).

11.     On April 23, 2026, the Parties conferred and agreed on the relief requested herein.

12.     The Parties have filed two previous stipulations for extensions of time for Fireflies to respond to the Complaint. This Stipulated Request for a Stay is therefore the third proposed

Case No. 3:26-cv-02479-AMO
JOINT STIPULATION REQUESTING A STAY OF PROCEEDINGS

187008418.5

modification of time in this case.

WHEREFORE, the Parties jointly stipulate and request that the Court enter an order (1) staying this case pending the resolution of Fireflies' anticipated motion to dismiss the amended consolidated complaint in the Illinois Cases by the U.S. District Court for the Northern District of Illinois, and (2) requiring the Parties to file a joint status report with this Court within fourteen (14) days after the U.S. District Court for the Northern District of Illinois resolves Fireflies' anticipated motion to dismiss the amended consolidated complaint in the Illinois Cases.

Dated: April 23, 2026

By: /s/ Ryan Spear

Elliott Joh, Bar No. 264927
EJoh@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105-3204
Telephone:     +1.415.344.7000
Facsimile:     +1.415.344.7050

Ryan T. Mrazik, Washington Bar No. 40526
(*pro hac vice*)
RMrazik@perkinscoie.com
Ryan Spear, Washington Bar No. 39974
(*pro hac vice*)
RSpear@perkinscoie.com
PERKINS COIE LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone:     +1.206.359.8000
Facsimile:     +1.206.359.9000

*Attorneys for Defendant, Fireflies.ai Corp.*



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge Araceli Martínez-Olguín

DATED: 4/24/2026

-4-

Case No. 3:26-cv-02479-AMO
JOINT STIPULATION REQUESTING A STAY OF PROCEEDINGS

187008418.5

By: */s/ John J. Frawley*

Anne R. Kramer (SBN 315131)
akramer@flsalaw.com
Douglas M. Werman (*pro hac vice*)
dwerman@flsalaw.com
John J. Frawley (*pro hac vice*)
jfrawley@flsalaw.com
WERMAN SALAS P.C.
77 W. Washington St., Suite 1402
Chicago, Illinois 60602
Phone No.: (312) 419-1008

*Attorneys for Plaintiff Christopher Parrinello*

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that each of the other signatories has concurred in the filing of this document.

 Dated:  April 23, 2026

*/s/ Ryan Spear*
Ryan Spear

-5-
Case No. 3:26-cv-02479-AMO
JOINT STIPULATION REQUESTING A STAY OF PROCEEDINGS

187008418.5